Jenkins Law Firm
9393 N 90th Street
Suite 102 #62
Scottsdale, AZ 85258
TELEPHONE 602.283.9868
FAX 602.898.8995
BK@THEJENKINSLAWFIRM.COM

LaShawn D. Jenkins (#021840)

*Attorneys for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERIC AND LATANJA BROWN,<br><br>Debtor. | Case No. 4:26-bk-11036-SHG<br><br>Chapter 7<br><br>**NOTICE OF LODGING PROPOSED ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS** |

Pursuant to Local Rule 9022-1, ERIC AND LATANJA BROWN, ("Debtor"), hereby gives notice of the lodging of the proposed form of order attached as Exhibit A hereto.

RESPECTFULLY SUBMITTED this 13th day of November, 2026.

JENKINS LAW FIRM

By /s/ LaShawn D. Jenkins
LaShawn D. Jenkins

Attorneys for Debtors

**ORIGINAL** of the foregoing e-filed
this 13th day of November, 2026, with
the Bankruptcy Court.

**COPY** of the foregoing emailed
via ECF on 13th day of November, 2026, to:

Office of the United States Trustee
230 North 1st Avenue, # 204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

ERIC M. HALEY
trustee@haley-law.com, emhaley@ecf.axosfs.com

/s/ LaShawn D. Jenkins

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>ERIC AND LATANJA BROWN,<br>Debtors. | Case No. 4:26-bk-11036-SHG<br>Chapter 7<br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS** |

Upon the Court's consideration of the Debtor's Motion to Extend Time to File Schedules and Statements (the "Motion") [Doc. 12], filed on November 13, 2026, and good cause appearing;

IT IS HEREBY ORDERED that the deadline to file the remaining schedules and statements required by 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007, including Schedule D, Schedule E/F, Schedule G, Schedule H, Schedule I, Schedule J, the Statement of Financial Affairs, and any other outstanding schedules, statements, declarations, or required documents, is extended until November 13, 2026.

DATED AND SIGNED ABOVE.