Jenkins Law Firm
9393 N 90th Street
Suite 102 #62
Scottsdale, AZ 85258
TELEPHONE 602.283.9868
FAX 602.898.8995
BK@THEJENKINSLAWFIRM.COM

LaShawn D. Jenkins (#021840)

*Attorneys for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERIC AND LATANJA BROWN,<br><br>Debtors. | Case No. 4:26-bk-11036-SHG<br><br>Chapter 7<br><br>**MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS** |

This Motion is filed by ERIC AND LATANJA BROWN ("Debtor"), in the above-captioned Chapter 7 case to request an extension of time until November 17, 2026, in which to file the remainder of the Schedules and Statements.

Debtors counsel has experienced a staffing change and needs more time to complete the schedules and statements accurately. The extension is not requested for the purpose of delay.

WHEREFORE, Debtor respectfully requests that the Court enter an Order:

A. Extending the time to file schedules and statements until November 17, 2026; and

B. Granting such other and further relief as the Court deems just and proper under the circumstances of this case.

RESPECTFULLY SUBMITTED this 17th day of November, 2026.

JENKINS LAW FIRM

By /s/ LaShawn D. Jenkins
LaShawn D. Jenkins

Attorneys for Debtors

**ORIGINAL** of the foregoing e-filed this 17th day of November, 2026, with the Bankruptcy Court.

**COPY** of the foregoing emailed via ECF on 17th day of November, 2026, to:

Office of the United States Trustee
230 North 1st Avenue, # 204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

ERIC M. HALEY
trustee@haley-law.com, emhaley@ecf.axosfs.com

/s/ LaShawn D. Jenkins